DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**MOKTAR FOLI,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D14-4128

[March 11, 2015]

Appeal of order denying rule 3.800 motion from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Jeffrey R. Levenson, Judge; L.T. Case No. 10-16297 CF10A.

Moktar Foli, Florida City, pro se.

No appearance required for appellee.

PER CURIAM.

*Affirmed. Ives v. State*, 993 So. 2d 117, 120 (Fla. 4th DCA 2008) (citing *Bover v. State*, 797 So. 2d 1246, 1251 (Fla. 2001)).

DAMOORGIAN, C.J., STEVENSON and LEVINE, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***